ACCEPTED
04-14-00883-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/20/2015 9:51:59 AM
KEITH HOTTLE
CLERK



*Office of the 198th Judicial District Attorney*
**Bandera and Kerr Counties**
*Scott F. Monroe, District Attorney*

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

3/20/2015 9:51:59 AM

KEITH E. HOTTLE
Clerk

March 20, 2015

Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re:     Cause No.: 04-14-00882-CR & 04-14-00883, *Darius Dukes v. The State of Texas*, Court of Appeals for the Fourth Judicial District, San Antonio, Texas

Dear Mr. Hottle:

Counsel for the State has reviewed the brief filed by defense counsel designating this appeal as frivolous. It is my opinion that counsel has adequately addressed the issues related to this appeal. Therefore, the State will not file a brief in this case at this time.

Please do not hesitate to contact our office should you have any questions.

Sincerely,

Scott F. Monroe,
198th District Attorney

Enclosures
Cc: Hon. M. Patrick Maguire